# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS

JASON D. EMERY,                                                                   PLAINTIFF
ADC #510514

v.                                          1:19CV00111-JM-JTK

WILSON, et al.                                                                    DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that Defendants Culclager, Rogers, Davis, Musselwhite, and Ricketts are DISMISSED for failure to state a claim upon which relief may be granted.

IT IS SO ORDERED this 30th day of December, 2019.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE