**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

JASON EMERY                                                                                                   PLAINTIFF
ADC # 510514

v.                                        Case No. 1:19-cv-00111 JTK

WILSON, et al.                                                                                              DEFENDANTS

## JUDGMENT

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered, Ordered and Adjudged that Defendants' Motion for Summary Judgment be, and is hereby GRANTED, and this case is DISMISSED with prejudice. The relief sought is denied.

IT IS SO ADJUDGED THIS 12th day of January, 2021.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE